**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| JAMES ANTHONY PENDERGRASS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-cv-0546 (KBJ) |
| | ) | |
| U.S. DEPARTMENT OF DEFENSE, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER REGARDING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Magistrate Judge G. Michael Harvey's Report and

Recommendation is **ADOPTED** as to its findings and conclusions. It is

**FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment is

**DENIED**, and Defendants' Cross-Motion for Summary Judgment is **GRANTED**.


DATE: September 9, 2020            *Ketanji Brown Jackson*
                          KETANJI BROWN JACKSON
                          United States District Judge